People v Hensley
2026 NY Slip Op 04126
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
GARY W. HENSLEY, DEFENDANT-APPELLANT.

Decided on June 26, 2026
MOTION NO. (958/23) KA 22-01388.
Present: Whalen, P.J., Lindley, Bannister, Ogden, And Delconte, JJ. (Filed June 26, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.